# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| RUSSELL THOMPSON AND<br>DEMETRIUS MCCHESTER,<br><br>   Plaintiffs,<br><br>v.<br><br>TROOPER WILL RICHTER, et al.,<br><br>   Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 7:22-cv-00014-O |

## FINAL JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

This case should be and is hereby **DISMISSED with prejudice**.

This Final Judgment fully and finally resolves all issues between the Plaintiffs and Defendants and may be appealed. Any relief not specifically granted in this Judgment is **DENIED** and any other parties not otherwise disposed are **DISMISSED**.

**SO ORDERED** on this **9th day** of **July, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1